≈AO 240A  (Rev. 12/03)

# UNITED STATES DISTRICT COURT

**Northern District of California**

CHRISTIAN J. BRACKO,

        Plaintiff

        V.

ALEX CAINE, et al.

        Defendants

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: C-08-0239 JL

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   17th   day of   January  ,  2008 .

*James Larson*

James Larson

Chief Magistrate Judge