MISTER PHILLIPS, SBN 228991
**LAW OFFICE OF MISTER PHILLIPS**
P.O. Box 1162
Pinole, CA 94564
Phone: (510) 672-3756
Fax: (510) 222-4198
mister_phillips@hotmail.com

Attorney for Plaintiff Christian J. Bracko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN J. BRACKO,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALEX CAINE; CITY OF SAN PABLO, CA; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 3:08-cv-00239-JL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL PARTIES OF RECORD:

    The undersigned, counsel of record for the plaintiff, certifies that he is unaware of a nonparty that has a direct and pecuniary interest in the outcome of this case. This representation is made to enable the court to evaluate possible disqualification or recusal.

Dated: April 11, 2008                                        Respectfully Submitted,

                                                          /s/ Mister Phillips____
                                                          Mister Phillips
                                                          Attorney for Plaintiff
                                                          Christian J. Bracko