## CIVIL MINUTES

**Chief Magistrate Judge James Larson**        FTR 10:32-10:35 ( 03 min)
Date: **April 23 , 2008**

Case No: **C08- 0239 JL**

Case Name: **Christian J. Bracko v. Alex Caine, et al**

Plaintiff  Attorney(s): Mister Phillips
Defendant Attorney(s): Noah Blechman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to ADR for ENE**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 8-27-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court



Notes: Court adopted counsel's proposed discovery plan.



cc: Venice, Kathleen, ADR