1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  J. GARRET DEAL (State Bar No. 249934)
   McNamara, Dodge, Ney, Beatty, Slattery,
3  Pfalzer, Borges & Brothers LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  ALEX CAINE and the CITY OF SAN PABLO

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTIAN J. BRACKO,                        Case No. C08-00239 JL

12         Plaintiff,                          **DEFENDANTS' NOTICE OF MOTION
                                               AND MOTION TO DISMISS
13     vs.                                     PLAINTIFF'S STATE LAW CAUSES OF
                                               ACTION; MEMORANDUM OF POINTS
14 ALEX CAINE; CITY OF SAN PABLO;              AND AUTHORITIES; DECLARATION OF
   and DOES 1-10, inclusive,                   NOAH G. BLECHMAN; REQUEST FOR
15                                             JUDICIAL NOTICE AND [PROPOSED]
           Defendants.                         ORDER**
16
                                               Date: July 2, 2008
17                                             Time: 9:30 A.M.
                                               Dept.: Courtroom F, 15th Floor
18                                             Judge: Hon. James Larson

19

20     **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CAUSES OF
       ACTION BASED ON CALIFORNIA LAW PURSUANT TO FEDERAL RULE OF CIVIL
21     PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
                                 MAY BE GRANTED**
22

23         TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

24         Please take notice that on July 2, 2008, at 9:30 a.m., before the Honorable James Larson,

25 in Courtroom F, 15th Floor, at U.S. District Court, 450 Golden Gate Avenue in San Francisco,

26 California, or as soon thereafter as this matter can be heard, Defendants the CITY OF SAN

27 PABLO and ALEX CAINE will and hereby do move for dismissal of all of Plaintiff's causes of

28

1  action based upon California law contained in Plaintiff's Second Amended Complaint (Attached
2  as Exhibit G to Declaration of Noah G. Blechman, filed herewith) in this action pursuant to
3  Federal Rule of Civil Procedure 12(b)(6), including the 2nd through 10th causes of action.

4      Defendants are entitled to dismissal of all state law claims in Plaintiff's Second Amended
5  Complaint because Plaintiff fails to state claims under California law upon which relief may be
6  granted, inasmuch as his state law claims were not timely presented in compliance with the
7  California Government Tort Claims Act.

8      This motion shall be based upon this Notice of Motion to Dismiss Plaintiff's Causes of
9  Action Based on California Law, Supporting Memorandum of Points and Authorities, Declaration
10 of Noah G. Blechman, Defendants' Request for Judicial Notice, and the Proposed Order, all filed
11 or lodged herewith, as well as the file in this case, the argument of counsel at the hearing, and any
12 such further matters as the Court deems appropriate.

14 Dated: May 19, 2008

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendants
ALEX CAINE and the CITY OF SAN PABLO

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330