JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ALEX CAINE and the CITY OF SAN PABLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. BRACKO,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEX CAINE; CITY OF SAN PABLO; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. C08-00239 JL<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: July 2, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom F, 15th Floor<br>Judge: Hon. James Larson |

Defendants ALEX CAINE and THE CITY OF SAN PABLO, by and through their attorneys, hereby request the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following exhibits and facts contained therein in support of Defendants' Motion to Dismiss Plaintiff's causes of action based on California law. The exhibits and facts therein are official public records and thus proper for judicial notice per Federal Rule of Evidence 201. All exhibits are attached hereto to the Declaration of Noah G. Blechman, Esq., filed herewith.

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiff's Government Tort Claim |
| B | Letter Denying Plaintiff's Claim |
| C | Letter Seeking Leave to File a Late Claim |
| D | Notice of Denial of Leave to File a Late Claim |
| E | Plaintiff's Complaint for Damages |

| | | |
|---|---|---|
| 1 | F | Plaintiff's First Amended Complaint |
| 2 | G | Plaintiff's Second Amended Complaint |

Dated: May 15, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendants
ALEX CAINE and the CITY OF SAN PABLO