1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  J. GARRET DEAL (State Bar No. 249934)
   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
3  PFALZER, BORGES & BROTHERS LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  ALEX CAINE and the CITY OF SAN PABLO

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTIAN J. BRACKO,                    Case No. C08-00239 JL

12         Plaintiff,                      [PROPOSED] ORDER GRANTING
                                           DEFENDANTS' MOTION TO DISMISS
13    vs.                                  PLAINTIFF'S STATE LAW CAUSES OF
                                           ACTION
14 ALEX CAINE; CITY OF SAN PABLO;
   and DOES 1-10, inclusive,               Date: July 2, 2008
15                                         Time: 9:30 a.m.
           Defendants.                     Dept.: Courtroom F, 15th Floor
16                                         Judge: Hon. James Larson

17

18         On July 2, 2008, at 9:30 a.m., Defendants ALEX CAINE and the CITY OF SAN

19 PABLO'S (collectively "Defendants") motion to dismiss all of Plaintiff's state law claims came

20 on regularly for hearing. After full consideration of the briefing, the arguments of Plaintiff's and

21 defense counsel, and the pleadings on file on this case, the Court hereby GRANTS Defendants'

22 motion in its entirety.

23         Defendants Alex Caine and the City of San Pablo moved for dismissal of all of Plaintiff's

24 state law claims in Plaintiff's Second Amended Complaint in this action pursuant to Federal Rule

25 of Civil Procedure 12(b)(6).

26         Defendants are entitled to dismissal of all state law claims in Plaintiff's Second Amended

27 Complaint, including the 2nd through 10th causes of action, because Plaintiff failed to state claims

28 under California law upon which relief may be granted, inasmuch as Plaintiff's state law claims

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS ; CASE
NO. C-08-00239 JL

are barred as untimely under the California Government Tort Claims Act, specifically California Government Code § 911.2.

Accordingly, Defendants' motion is GRANTED and all of Plaintiff's state law claims for the 2nd through 10th causes of action are DISMISSED, with prejudice.

IT IS SO ORDERED.

Dated: _____

HON. JAMES LARSON
United States Magistrate Judge