## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                **Kathy Wyatt - Court Reporter**
Date: **July 2 , 2008**                                                    9:48-9:59 (11 min)

Case No: **C08- 0239 JL**

Case Name: **Christian J. Bracko v. Alex Caine, et al**

Plaintiff  Attorney(s): Mister Phillips
Defendant Attorney(s): J. Garrett Deal

Deputy Clerk:  **Wings Hom**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Deft's mo to dismiss state causes of action | Granted |
| 2. | |
| 3. | |
| 4. | |

[ ]  Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 8-27-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court

Notes: Causes of action 2 thru 10 dismissed w/o leave to amend. Completion of ENE extended.