MISTER PHILLIPS, SBN 228991
**LAW OFFICE OF MISTER PHILLIPS**
P.O. Box 1162
Pinole, CA 94564
Phone: (510) 672-3756
Fax: (510) 222-4198
mister_phillips@hotmail.com

Attorney for Plaintiff Christian J. Bracko

JAMES V. FITZGERALD, III, (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Ave
P.O. Box 5288
Walnut Creek, CA 94596
Phone: (925) 939-5330
Fax: (925) 939-0203

Attorneys for Defendants
ALEX CAINE; CITY OF SAN PABLO

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN J. BRACKO,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALEX CAINE; et al.,<br><br>    Defendants. | Case No.: 3:08-cv-00239-JL<br><br>**STIPULATION TO EXTEND ADR DEADLINE** |

/
/
/
/
/
/

Wherefore, the parties cannot complete discovery crucial to the ADR process prior to the deadline to complete ADR. The parties do hereby stipulate through their attorneys of record to extend the deadline to August 26, 2008.

The parties have an ENE scheduled for July 21, 008.

Dated: July 11, 2008                                       Respectfully Submitted,

/s/ Mister Phillips_____
Mister Phillips
Attorney for Plaintiff
Christian J. Bracko

Dated: July 11, 2008                                       Respectfully Submitted,

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By:   /s/ Noah Blechman_____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
ALEX CAINE;
CITY OF SAN PABLO

IT IS SO ORDERED.

Dated:                                                          _____
U.S. District Court Judge