JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ALEX CAINE and the CITY OF SAN PABLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTIAN J. BRACKO, | Case No. C08-00239 JL |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S STATE LAW CAUSES OF ACTION |
| vs. | |
| ALEX CAINE; CITY OF SAN PABLO; and DOES 1-10, inclusive, | Date: July 2, 2008 Time: 9:30 a.m. Dept.: Courtroom F, 15th Floor Judge: Hon. James Larson |
| Defendants. | |

On July 2, 2008, at 9:30 a.m., Defendants ALEX CAINE and the CITY OF SAN PABLO'S (collectively "Defendants") motion to dismiss all of Plaintiff's state law claims came on regularly for hearing. After full consideration of the briefing, the arguments of Plaintiff's and defense counsel, and the pleadings on file on this case, the Court hereby GRANTS Defendants' motion in its entirety.

Defendants Alex Caine and the City of San Pablo moved for dismissal of all of Plaintiff's state law claims in Plaintiff's Second Amended Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendants are entitled to dismissal of all state law claims in Plaintiff's Second Amended Complaint, including the 2nd through 10th causes of action, because Plaintiff failed to state claims under California law upon which relief may be granted, inasmuch as Plaintiff's state law claims

1  are barred as untimely under the California Government Tort Claims Act, specifically California
2  Government Code § 911.2.
3       Accordingly, Defendants' motion is GRANTED and all of Plaintiff's state law claims for
4  the 2nd through 10th causes of action are DISMISSED, with prejudice.
5       IT IS SO ORDERED.

Dated: July 21, 2008

_____
HON. JAMES LARSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING   2
DEFENDANTS' MOTION TO DISMISS