# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bracko,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Caine,<br><br>    Defendant(s). | No. C 08-00239 JL ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __July 21 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __July 23, 2008__

Evaluator, Donna J. Brorby
Law Office of Donna Brorby
605 Market St., 9th Fl.
San Francisco, CA 94105-3211

**Certification of ADR Session**
08-00239 JL ENE