JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ALEX CAINE and CITY OF SAN PABLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. BRACKO,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX CAINE; CITY OF SAN PABLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08-00239 JL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR FULL BRIEFING REGARDING DEFENDANTS' MOTION TO COMPEL**<br><br>Dept:   Courtroom F, 15th Floor<br>Judge: Honorable James Larson |

On August 25, 2008, Defendants sought permission to provide the Court with full motion briefing regarding issues to be raised per Defendants' efforts to seek to compel further deposition responses from Plaintiff.  As the discovery issues pertain to complex and extensive testimony and objections, good cause is present so the Court hereby GRANTS Defendants' request and excuses compliance with its Standing Order related to discovery disputes.  Accordingly, Defendants may file a motion to compel, including exhibits and declarations, and any other related pleadings, and are excused from compliance with the Court's Standing Order regarding discovery disputes.  The parties shall still fully comply and demonstrate compliance with all requirements of Northern District of California Local Rules 7 and 37 pertaining to the motion.

IT IS SO ORDERED.

Dated: _____

HON. JAMES LARSON
United States Magistrate Judge