JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ALEX CAINE and CITY OF SAN PABLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. BRACKO,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX CAINE; CITY OF SAN PABLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08-00239 JL<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SANCTIONS**<br><br>Date:  October 1, 2008<br>Time:  9:30 a.m.<br>Dept:  Courtroom F, 15th Floor<br>Judge: Honorable James Larson |

## NOTICE OF MOTION AND MOTION FOR SANCTIONS

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Please take notice that on October 1, 2008, at 9:30 a.m., before the Honorable James Larson, in Courtroom F, 15th Floor, at U.S. District Court, 450 Golden Gate Avenue in San Francisco, California, or as soon thereafter as this matter can be heard, Defendants CITY OF SAN PABLO and ALEX CAINE will and hereby do move for sanctions against Plaintiff and his attorney of record, in the amount of $5,850.00, based on their unjustified and unreasonable refusals to answer relevant deposition questions and for refusing to produce the statements of two purported eyewitnesses, Lorraine Hunt and Ashlee Wilson. Concurrently filed with this Motion

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

is Defendants' Motion to Compel Answers to Deposition Questions and Production of Documents.

This motion shall be based upon this Notice of Motion for Sanctions, Supporting Memorandum of Points and Authorities, the Declaration of Noah G. Blechman and the Proposed Order, all filed or lodged herewith, as well as the file in this case, the argument of counsel at the hearing, and any such further matters as the Court deems appropriate.

Dated: August 22, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendants
ALEX CAINE and CITY OF SAN PABLO