## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 104:32-10:49 ( 07 min)
Date: **August 27 , 2008**

Case No: **C08- 0239 JL**

Case Name: **Christian J. Bracko v. Alex Caine, et al**

Plaintiff  Attorney(s): Mister Phillips
Defendant Attorney(s): Noah Blechman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                            **RULING:**
1.
2.
3.
4.
[ X] Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court




Notes: Counsel to file discovery mos and further dates to be set at that time.




cc: Venice, Kathleen, ADR