1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  J. GARRET DEAL (State Bar No. 249934)
   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
3  PFALZER, BORGES & BROTHERS LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  ALEX CAINE and CITY OF SAN PABLO

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTIAN J. BRACKO,                    Case No. C08-00239 JL

12            Plaintiff,                    **NOTICE OF MOTION TO COMPEL
                                            ANSWERS TO DEPOSITION
13       vs.                                QUESTIONS AND PRODUCTION OF
                                            DOCUMENTS**
14  ALEX CAINE; CITY OF SAN PABLO;
    and DOES 1-10, inclusive,               Date:  October 1, 2008
15                                          Time:  9:30 a.m.
            Defendants.                     Dept.: Courtroom F, 15th Floor
16                                          Judge: Honorable James Larson

17

18      **NOTICE OF MOTION AND MOTION TO COMPEL ANSWERS TO DEPOSITION
               QUESTIONS AND PRODUCTION OF DOCUMENTS**

19

20       TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

21       Please take notice that on October 1, 2008, at 9:30 a.m., before the Honorable James

22  Larson, in Courtroom F, 15th Floor, at U.S. District Court, 450 Golden Gate Avenue in San

23  Francisco, California, or as soon thereafter as this matter can be heard, Defendants the CITY OF

24  SAN PABLO and ALEX CAINE will and hereby do move for an Order compelling Plaintiff to

25  offer himself up for further deposition questioning and requiring him to answer certain relevant

26  and unobjectionable questions.  Defendants also move for an Order compelling Plaintiff to

27  produce the witness statements of Lorraine Hunt and Ashlee Wilson.  Defendants are also seeking

28

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    sanctions for Plaintiff's counsel's unsubstantiated positions and obstructionist efforts, filed

2    concurrently herewith.

3        This motion shall be based upon this Notice of Motion to Compel Answers to Deposition

4    Questions and Production of Documents, Supporting Memorandum of Points and Authorities,

5    Declaration of Noah G. Blechman, and the Proposed Order, all filed or lodged herewith, as well

6    as the file in this case, the argument of counsel at the hearing, and any such further matters as the

7    Court deems appropriate.

8

9    Dated:  August 21, 2008            MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                         PFALZER, BORGES & BROTHERS LLP
10

11

12                                       By: _____
                                              James V. Fitzgerald, III
13                                            Noah G. Blechman
                                              J. Garret Deal
14                                            Attorneys for Defendants
                                              ALEX CAINE and CITY OF SAN PABLO
15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330