UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN J. BRACKO

    Plaintiff(s),     No. 08-00239 JL

  v.     NOTICE OF CONTINUANCE

ALEX CAINE

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motion to compel discovery noticed for October 1, 2008 has been continued to October 29, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: August 28, 2008

*Wings Hom*
_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not    1