UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian J. Bracko, | No. C 08-0239 JL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Alex Caine, | |
| Defendants. | |

TO PLAINTIFF:

You are hereby ordered to appear before this Court and show cause why your case should not be dismissed for failure to prosecute. A case management conference was held in this case on April 29, 2009. Despite notice to you to appear in person, following the Court's order permitting your counsel to withdraw, you failed to appear.

Accordingly, should you fail to appear for the next hearing, your case will be dismissed with prejudice as provided by Rule 41(b), Federal Rules of Civil Procedure.

You are hereby ordered to appear on Wednesday, June 3, 2009, at 10:30 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If you cannot make this court appearance, you may contact the Court at (415) 522-2112 to request a continuance of this hearing.

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | DATED: April 29, 2009 |

_____
James Larson
Chief Magistrate Judge