**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Christian J. Bracko,                                    No. C 08-0239  JL

       Plaintiff,                                **ORDER TO SHOW CAUSE**

     v.

Alex Caine,

       Defendants.
_____/

TO PLAINTIFF:

You are hereby ordered to appear before this Court and show cause why your case should not be dismissed for failure to prosecute. A case management conference was held in this case on April 29, 2009. Despite notice to you to appear in person, following the Court's order permitting your counsel to withdraw, you failed to appear. A notice was sent to you, but the Court has since learned that you have moved. Accordingly, this Notice is being sent to your new address, 1800 Evans Lane, # 2121, San Jose, California 95125.

If you fail to appear for the next hearing, your case will be dismissed with prejudice as provided by Rule 41(b), Federal Rules of Civil Procedure.

You are hereby ordered to appear on Wednesday, June 17, 2009, at 10:30 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If you cannot make this court appearance, you may contact the Court at (415) 522-2112 to request a continuance of this hearing.

1      IT IS SO ORDERED.

2   DATED: June 2,  2009

3

4   _____
                James Larson
5              Chief Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

C-08-0239 ORDER TO SHOW CAUSE                                      Page 2 of  2