**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11   Christian J. Bracko,                    No. C 08-0239 JL
12           Plaintiff,                      **ORDER TO SHOW CAUSE**
13       v.
14   Alex Caine,
15           Defendants.
16   _____/
     TO PLAINTIFF:
17
        You are hereby ordered to appear before this Court and show cause why your case
18
     should not be dismissed for failure to prosecute. A case management conference was held
19
     in this case on April 29, 2009. Despite notice to you to appear in person, following the
20
     Court's order permitting your counsel to withdraw, you failed to appear. A notice was sent
21
     to you, but the Court then learned that you had moved. Accordingly, a Notice was sent to
22
     your new address, 1800 Evans Lane, # 2121, San Jose, California 95125.
23
        The Court received your telephone call the day before the new hearing date of June
24
     17, that you had school commitments which made it inconvenient for you to appear in court
25
     either June 17 or 24. However, you assured the Court's staff that you would be able to
26
     appear on July 1. This is the last continuance of this case management conference.
27
28

C-08-0239 ORDER TO SHOW CAUSE                                             Page 1 of  2

      You are hereby ordered to appear on Wednesday, July 1, 2009, at 10:30 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      If you fail to appear for the next hearing, your case will be dismissed with prejudice as provided by Rule 41(b), Federal Rules of Civil Procedure.

      IT IS SO ORDERED.

DATED: June 16,   2009

                                                            James Larson  
                                                            Chief Magistrate Judge

**United States District Court**  
For the Northern District of California